MAUD TRAPP, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Trapp* v. *International Ry. Co.*, 178 App. Div. 954, reversed.
(Argued April 30, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 1, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The jury found that while the plaintiff was attempting to alight from one of the defendant's street cars, the car was suddenly started and the plaintiff was thrown and injured. This finding of the jury is not questioned upon this appeal. The only contention made by the defendant in this court is that the trial court committed substantial, prejudicial and reversible error by receiving evidence under the complaint in this action that plaintiff sustained a displacement of the uterus as a result of her fall from defendant's car.

*James C. Sweeney* for appellant.

*Carlton E. Ladd* and *William C. White* for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of *Kurak* v. *Traiche* (226 N. Y. 266); no opinion.

Concur: CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: CUDDEBACK, J.